|  | ENT JS-6 |
|---|---|

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MARK PERRIN, <br>                     PLAINTIFF(S), <br> v. <br><br> DEPUTY DON GOODRICH #1781, individually and as a peace officer; <br> DEPUTY TONY HOXMIER #2510, indicidually and as a peace officer, <br>                     DEFENDANTS. | **CASE NUMBER** <br><br> **ED CV 08-0595-LLP (SSx)** <br><br> **JUDGMENT ON THE VERDICT** <br> **FOR PLAINTIFF** |
|---|---|

This action having been tried before the Court sitting with a jury, the Honorable LAWRENCE L. PIERSOL, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s) MARK PERRIN, recover of the defendants DEPUTY DON GOODRICH AND DEPUTY TONY HOXMIER, the sum of $326,012.00, and that the action be dismissed on the merits, pursuant to the verdict form filed June 28, 2011.

Dated July 8, 2011  
at 9:20 a.m

CLERK, U.S. DISTRICT COURT

By _Yolanda Skipper_  
    Deputy Clerk

cc: Counsel of record

CV-49                     JUDGMENT ON THE VERDICT FOR PLAINTIFF(S)