UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| MARK PERRIN, | ED CV 08-00595 LLP (SSx) |
| Plaintiff, | |
| vs. | |
| DEPUTY DON GOODRICH #1781, individually and as a peace officer; DEPUTY TONY HOXMIER #2510, individually and as a peace officer; | AMENDED JUDGMENT |
| Defendants. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In accordance with the jury's verdict, the Plaintiff's subsequent acceptance of remittitur, and the Court's award of attorney's fees and cost,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Mark Perrin is entitled to judgment against the Defendants Goodrich and Hoxmeier for compensatory damages in the amount of $268,354.50, plus attorney's fees in the amount of $193,150.00, and costs in the amount of $8,965.62.

Dated this 14th day of May, 2012.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge